IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02373-WJM-NYW

REBECCA CALABRIS and DAVID CALABRIS,

    Plaintiffs,

v.

DISH NETWORK L.L.C.,

    Defendant.

## JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Rebecca Calabris and David Calabris ("Plaintiffs") and Defendant, DISH Network L.L.C. ("Defendant"), as follows:

### RECITALS

1. On or about September 17, 2019, Plaintiff filed a Complaint in this Court alleging violations of 47 U.S.C. § 1692 et seq., the Telephone Consumer Protection Act ("TCPA"), against Defendant for a debt originally owed for television service (hereinafter referred to as the "Action").

2. Plaintiff entered into an Agreement with Defendant that provides an arbitration provision which states claims such as those alleged in this Action are subject to binding arbitration.

3. The parties have met and conferred and confirm that they would submit to binding arbitration.

4. Based on the above Recitals, and for the purpose of facilitating arbitration of the Action, the parties stipulate and agree as follows:

1

## STIPULATION AND MUTUAL AGREEMENT TO ARBITRATE

1. Plaintiff and Defendant stipulate and agree to submit the entire Action to final and binding arbitration.

2. The Action shall be stayed pending resolution of arbitration.

3. The class allegations in the Action are hereby stricken and arbitration will commence on an individual basis.

4. Judgment upon the award rendered by the Arbitrator may be entered in this Court.

Dated: June 7, 2019

/s/ Marwan R. Daher (with consent)
Marwan R. Daher, Esq.
Omar T. Sulaiman, Esq.
Alexander J. Taylor, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
mdaher@sulaimanlaw.com
osulaiman@sulaimanlaw.com
ataylor@sulaimanlaw.com

/s/ Eric Larson Zalud
Eric Larson Zalud
Anthony C. Sallah
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
(216) 363-4500
(216) 363-4588 (FAX)
ezalud@beneschlaw.com
asallah@beneschlaw.com
*Attorneys for Defendant*