IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-2373-WJM-NYW

REBECCA CALABRIS, and
DAVID CALABRIS,

    Plaintiffs,

v.

DISH NETWORK, L.L.C.,

    Defendant.

_____

**ORDER GRANTING IN PART THE PARTIES' JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**
_____

THE COURT, having reviewed the Joint Stipulation for Binding Arbitration and Stay of Action (ECF No. 30) filed by the parties, hereby ORDERS as follows:

1) The Joint Stipulation (ECF No. 30) is GRANTED IN PART for good cause shown;

2) The parties' request that this matter be stayed pursuant to the pending Arbitration, is DENIED; and

3) Pursuant to D.C.COLO.LCivR 41.2, the Clerk shall ADMINISTRATIVELY CLOSE this case, subject to a motion to reopen by a party for good cause shown.

Dated this 11th day of June, 2019.

BY THE COURT:

_____
William J. Martinez
United States District Judge